```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
             CRIMINAL NO. 24-57 (DSD/DLM)
```

United States of America,

       Plaintiff,

v.                                              **ORDER**

Brian Terrance Krueger and
Terence Richard Krueger,

       Defendants.

    This matter is before the court upon the objection by defendant Terence Krueger to the September 11, 2024, report and recommendation of Magistrate Judge Douglas L. Micko (R&R). In his report, the magistrate judge recommends denying Terence Krueger's motion to suppress evidence. Terence Krueger timely objected to the R&R.[1]

    The facts underlying this matter are not in dispute and will not be repeated here. The narrow issue presented is whether the magistrate judge correctly determined that there was a sufficient nexus between Terence Krueger's residence and the location of drug

---

[1] Krueger's co-defendant Brian Terrence Krueger also moved to suppress evidence. See ECF Nos. 28, 29, 54. Brian Krueger did not object to the R&R, however, and that aspect of the R&R will not be analyzed.

1

trafficking operations to support a lawful search warrant to search Terence Krueger's home.

The court has reviewed the R&R de novo, 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2(b), and finds that the magistrate judge was correct in its analysis and determination.  Terence Krueger reiterates his objections to the basis for the search warrant of his home, but the court agrees with the magistrate judge that there was a substantial basis to believe that evidence of criminal activity would be found at Terence Krueger's home.  As a result, the court overrules Terence Krueger's objection to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 54] is adopted in its entirety;

2. The objection to the R&R [ECF No. 54] is overruled; and

3. The motions to suppress evidence [ECF Nos. 28, 29, 37] are denied.


Dated:  October 2, 2024         s/David S. Doty
                                Davis D. Doty, Judge
                                United States District Court