```
             UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
             CRIMINAL NO. 24-57 (DSD/DLM)
```

United States of America,

        Plaintiff,

v.  **AMENDED ORDER**

Brian Terrance Krueger and
Terence Richard Krueger,

        Defendants.

This matter is before the court upon the objections by defendants Brian Terrance Krueger and Terence Krueger to the September 11, 2024, report and recommendation of Magistrate Judge Douglas L. Micko (R&R). In his report, the magistrate judge recommends denying defendants' motions to suppress evidence and statements. Both defendants timely objected to the R&R.

The facts underlying this matter are not in dispute and will not be repeated here. Brian Krueger generally objects to the R&R but does not provide "specific written objections" to the magistrate judge's proposed findings and recommendations, as required by D. Minn. LR 72.2(b)(1). The court therefore overrules his objection.

With respect to Terence Krueger, the narrow issue presented is whether the magistrate judge correctly determined that there was a sufficient nexus between Terence Krueger's residence and the

location of drug trafficking operations to support a lawful search warrant to search Terence Krueger's home.

The court has reviewed the R&R de novo, 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2(b), and finds that the magistrate judge was correct in its analysis and determination. Terence Krueger reiterates his objections to the basis for the search warrant of his home, but the court agrees with the magistrate judge that there was a substantial basis to believe that evidence of criminal activity would be found at Terence Krueger's home. As a result, the court overrules Terence Krueger's objection to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 54] is adopted in its entirety;

2. The objections to the R&R [ECF Nos. 55, 58] are overruled; and

3. The motions to suppress evidence and statements [ECF Nos. 28, 29, 37] are denied.

Dated:  October 3, 2024

s/David S. Doty
Davis D. Doty, Judge
United States District Court