## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. BRIAN TERRANCE KRUEGER,

Defendant.

Case No. 24-cr-57 (DSD/DLM)

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Brian Terrance Krueger; on the Court having found that certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a); and on the Court's determination that the United States has established the requisite nexus between such property and the offenses to which the Defendant has pleaded guilty,

IT IS HEREBY ORDERED that:

1. the United States' Motion for a Preliminary Order of Forfeiture (ECF No. 126) is **GRANTED**;

2. the following property is forfeited to the United States pursuant to 21 U.S.C. § 853(a):

   a. $481,193.00 in U.S. Currency seized on or about January 12, 2024;

   b. $123,092.00 in U.S. Currency seized on or about January 2, 2024;

   c. $9,460.00 in U.S. Currency seized on or about January 3, 2024;

   d. a Luger, 9-millimeter, semi-automatic pistol, bearing serial number C077670;

e. a Mossberg, Maverick Model 88, 12-gauge pump shotgun, bearing serial number MV17589U;

f. a Green "Polymer 80" semi-automatic 9-millimeter pistol with no serial number;

g. a Black "Polymer 80" semi-automatic 9-millimeter pistol with a gold barrel with no serial number;

h. a Tristar, 12-gauge pump shotgun, bearing serial number 20P1201829;

i. a Smith and Wesson, Bodyguard, 0.380 semi-automatic pistol, serial number KAH1170;

j. a Remington, .30-06 caliber rifle, serial number 8433997;

k. a Smith and Wesson, M&P, 9-millimeter semi-automatic pistol, bearing serial number DYA4590;

l. a Springfield, Armory Hellcat, 9-millimeter semi-automatic pistol, bearing serial number BY169206;

m. a Mossberg, Shockwave, 12-gauge pump shotgun, bearing serial number V1357612;

n. a Savage, 110FP, 0.308 caliber rifle, bearing serial number F308768;

o. a Standard Manufacturing, Thunderstruck, 0.22 caliber revolver, serial number 007845; and

p. and any ammunition, magazines, or attached accessories seized with the firearms described above,

(collectively "the Property");

3. the Attorney General or her authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: 6/2/25

DAVID S. DOTY
United States District Judge